1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JEANNE T JANCE,                                     )
                                                    )   CASE NO. C22-412 RSM
10              Plaintiffs,                          )
                                                    )
11     v.                                            )
                                                    )   MINUTE ORDER
12     FAY SERVICING LLC, et al.,                    )
                                                    )
13              Defendants.                          )
                                                    )
14                                                   )
                                                    )
15     _____

16         The following Minute Order is made by direction of the Court, the Honorable Ricardo S.

17     Martinez, United States District Judge:

18         On September 28, 2022, the Court issued a Minute Order requiring that by October 19,

19     2022, either:

20
            (1) Plaintiff's counsel Mr. Robert W. Current must submit a Petition for Admission; or
21         (2) Plaintiff must request by motion to proceed on her own behalf and certify in the
           motion that she has provided a copy of the motion to Mr. Current and to the opposing
22         parties.  Plaintiff's response to Defendants' motion for summary judgment must be filed
           by December 2.  **Failure to comply with either of these conditions may result in**
23         **dismissal of this action.**

24     Dkt. #16 (emphasis in original).  As of October 20, 2022, neither Plaintiff nor Plaintiff's counsel

25     has taken any action in this case since it was removed to this Court on April 1, 2022.  Plaintiff

26
27     and Plaintiff's counsel have demonstrated an unwillingness to comply with this Court's orders

28

MINUTE ORDER - 1

and the Federal/Local Rules of Civil Procedure, and the Court concludes the appropriate remedy is to dismiss the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, the Court finds and ORDERS:

1. This action shall be DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

2. Defendants' Motion for Summary Judgment and Case Dismissal (Dkt. #10) is STRICKEN as moot.

DATED this 20th day of October, 2022.

RAVI SUBRAMANIAN, Clerk
UNITED STATES DISTRICT COURT

By *s/Serge Bodnarchuk*
Deputy Clerk

MINUTE ORDER - 2